Name, address and telephone number of attorney(s)
Scott J. Tepper
Garfield Tepper & Raskin
1801 Century Park East, Ste 2300
Los Angeles, CA 90067
(310) 277-1981
Attorneys for Defendant

Priority ___ ✓
☐ d  ___
☐ er ___
☐ sed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Toyota Jidosha Kabushiki Kaisha
et al.
                          Plaintiff(s)
         v.
Natural Health Trends Corp., and
Lexxus International, Inc.
                          Defendant(s).

CASE NUMBER
CV04-9028 DSF (Ex)

APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

**NOTICE:** Effective June 1, 2004, the fee for *Pro Hac Vice* is $185.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.*

I, __Thomas M. Saunders_____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant: __Natural Trends Corp. & Lexxus Int'l__ by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: __Brown Rudnick Berlack Israels LLP_____
Address: __One Financial Center_____
         __Boston, MA 02111_____
Telephone number: __617-856-8284_____  Fax number: __617-856-8201_____

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| See Attached | |
| | |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.
I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | APPLICATION GRANTED OR DENIED |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |
| | | | |

FILED
DEC 16 2004
CLERK, U.S. DISTRICT COURT 4612

DOCKETED ON CM
DEC 20 2004

G-64 (08/04)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate ____Scott J. Tepper____ as local counsel, whose business information is as follows:

Firm Name: __Garfield Tepper & Raskin__
Address: __1801 Century Park East, Suite 2300__
__Los Angeles, CA 90067-2325__
Telephone number: __310-277-1981__    Fax number: __310-277-1980__

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. Pl, the F.R. Crim. P., and the F.R. Evidence.

Date: __December 13, 2004__    _____
                               *Applicant Signature*

I hereby consent to the foregoing designation.
Date: __12/15/04__    _____
                      *Designee Signature*
                      __51693__
                      California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☑ Granted.
☐ Denied and fee ordered returned.

Date: __12-17-04__    _____
                      *United States District Judge / Magistrate Judge*

G-64 (08/04)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 2 of 2

Thomas M. Saunders
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

1. Licenses to practice law (cont).

| | | |
|---|---|---|
| Commonwealth of Massachusetts | December 22, 1978; | Reg. 442970 |
| United States Patent and Trademark Office | December 28, 1979; | Reg No. 29,585 |
| New York State | November 26, 1979; | No. 2294627 |

2. Admitted

| | | |
|---|---|---|
| Supreme Court of the United States | Washington DC | November 13, 1990 |
| Federal Circuit | Washington DC | September 27, 1990 |
| DC Mass. | Boston, MA | April 13, 1990 |
| ED New York | Brooklyn, NY | October 26, 1984 |
| SD New York | Manhattan, NY | October 2, 1984 |
| WD New York | uffalo, NY | April 29, 1991 |
| DC Colorado | Denver, CO | June 8, 2000 |

#1317029 v\1 - - 9999/1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES} ss:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1801 Century Park East, Suite 2300, Los Angeles, California 90067-2325.

On December 16, 2004, I served the foregoing document described as <u>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE</u> on the interested parties in this action [] by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list; or [X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

| Judianne Jaffee, Esq.                  | Alan S. Cooper, Esq.     |
| Mark L. Share, Esq.                    | Eric T. Fingerhut, Esq.  |
| DeCastro West Chodorow Glickfield &Nass | Alisa C. Key Esq.        |
| 10960 Wildhire Blvd., #1400            | 2300 N. Street, N.W.     |
| Los Angeles, CA 90024                  | Washington, D.C. 20037   |

[X] (By Mail)

I deposited such envelope in the mail at Los Angeles, California, with postage fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[] (By Personal Service/Fax)

    []     I caused such envelope to be personally delivered via messenger service to the offices of the addressee.
    []     I delivered such envelopes to the offices of the addressees.
    []     I sent a copy of the document to each addressee's fax machine, as previously agreed between counsel for the appearing parties in writing, in addition to mailing and received confirmation of receipt, to the fax numbers above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 16, 2004 at Los Angeles, California.

<u>RENÉE SKINNER</u>                                       *Renée Skinner* (signature)
TYPE OR PRINT NAME                                         SIGNATURE

---

PROOF OF SERVICE